IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM MITCHELL,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 07-00526-CG-B |
| **TODD STERN, et al.,** | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 27th day of March, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE